JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FRITZ,<br><br>    Plaintiff,<br><br>  v.<br><br>HOWARD BERGER, Doing Business as HERITAGE VICTOR VALLEY MEDICAL GROUP;<br>JOHN V. CRUES III, Doing Business as Heritage VICTOR VALLEY MEDICAL GROUP;<br>FIRAS GORGES; and Does 1-10,<br><br>    Defendants | Case: 5:14-CV-01812-VAP-SP<br><br>**ORDER** |

## **ORDER**

The entire case is hereby ordered dismissed without prejudice.

Dated: December 15, 2014

                            HONORABLE VIRGINIA A. PHILLIPS
                            UNITED STATES DISTRICT COURT JUDGE

Notice for Dismissal          Case: 2:14-CV-00784-CAS-CW